[No. 34243-6-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
NOLAN FALKNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05039-5, Jo Anne Alumbaugh, J., entered
February 11, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Kennedy, A.C.J., and Webster,
J.

[No. 34996-1-I.    Division One.    May 1, 1995.]

NORTHWEST STEELHEAD AND SALMON COUNCIL OF TROUT
UNLIMITED, ET AL, *Appellants*, v. THE DEPARTMENT OF
FISHERIES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-19996-3, Joan B. Allison, J. Pro Tem.,
entered February 28, 1994. *Affirmed* by unpublished opinion
per Pekelis, J. Pro Tem., concurred in by Kennedy, A.C.J.,
and Grosse, J. Now published at 78 Wn. App. 778.

[No. 31614-1-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNESHULA
PATRICE BELLE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-02504-0, Faith Enyeart Ireland, J., entered
October 16, 1992. *Affirmed* by unpublished opinion per Peke-
lis, J. Pro Tem., concurred in by Grosse and Cox, JJ.

[No. 33105-1-I.    Division One.    May 1, 1995.]

SHARON KEENE, ET AL., *Respondents*, v. RONALD EDIE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-24043-4, Charles W. Mertel, J., entered
July 13, 1993. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Kennedy, A.C.J., and Scholfield, J. Pro
Tem.